**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01388-BNB
(**The above civil action number must appear on all future papers
   sent to the court in this action.  Failure to include this number
   may result in a delay in the consideration of your claims.**)

ANTOINE JONES,

      Plaintiff,

v.

CHARLES DANIEL, Warden,
BLAKE R. DAVIS, Warden,
SARA M. REVELL, Warden,
J. M. WILNER, Warden,
J.C. HOLLAND, A.W.,
UNKNOWN NAME-MAILROOM SUPERVISOR, and
UNKNOWN NAME-MAILROOM STAFF,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

      Plaintiff, Antoine Jones, has submitted a "Motion to File a New Case and Proceed In Forma Pauperis."  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Jones will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Jones files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>X</u>    is not submitted
(2)    __    is missing affidavit
(3)    __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    __    is missing certificate showing current balance in prison account
(5)    __    is missing required financial information
(6)    __    is missing an original signature by the prisoner
(7)    __    is not on proper form (must use the court's current form)

(8)    __      names in caption do not match names in caption of complaint, petition or habeas application

(9)    __      An original and a copy have not been received by the court. Only an original has been received.

(10)   __      other:

**Complaint, Petition or Application**:

(11)   X        is not submitted

(12)   __      is not on proper form (must use the court's current form)

(13)   __      is missing an original signature by the prisoner

(14)   __      is missing page nos. ___

(15)   __      uses et al. instead of listing all parties in caption

(16)   __      An original and a copy have not been received by the court.  Only an original has been received.

(17)   __      Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)   __      names in caption do not match names in text

(19)   __      other:

Accordingly, it is

ORDERED that Mr. Jones cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Mr. Jones files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Mr. Jones shall obtain the Court-approved form used in filing a prisoner complaint and a prisoner's 28 U.S.C. § 1915 motion and affidavit, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Mr. Jones fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED May 30, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

2

3

3